

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2015

No. 04-15-00341-CV

**BEXAR COUNTY CIVIL SERVICE COMMISSION**,
Appellant

v.

Carmella **GUERRERO**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08758
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on October 5, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court